## UNITED STATE DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EMANUEL SCOTT CHARRON** <br><br> v. <br><br> **HORNBECK OFFSHORE SERVICES, LLC** | CIVIL ACTION NO. 2:19-cv-00648-JTM-MBN <br><br> SECTION "5" <br><br> JUDGE JANE TRICHE MILAZZO <br> MAGISTRATE MICHAEL B. NORTH <br><br> RULE 9(H) |

### ORDER OF DISMISSAL WITH PREJUDICE
___

Considering the foregoing Joint Motion to Dismiss with Prejudice (Doc. 53);

**IT IS HEREBY ORDERED**, that the Joint Motion to Dismiss with Prejudice be and hereby is **GRANTED**. This matter, including all claims asserted by Plaintiff herein, is hereby dismissed with prejudice; each party to bear their own costs

New Orleans, Louisiana, this 10th day of January 2020.

_____
UNITED STATES DISTRICT JUDGE